**FARNESE P.C.**
Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
2555 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: 310-356-4668
Facsimile: 310-388-1232

Attorneys for Defendant,
Telebrands Corp. dba Bulbhead

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY FRATIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TELEBRANDS CORP. dba BULBHEAD,<br><br>Defendant. | Case No. 2:26-cv-02103-AC<br><br>**~~[PROPOSED]~~ ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Notice of Removal Filed: June 8, 2026<br><br>Original Response Date: July 13, 2026<br>Stipulated Response Date: August 3, 2026 |

Having considered the Parties' Second Stipulation to Extend Time to Respond to Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Defendant Telebrands Corp. dba Bulbhead's deadline to respond to Plaintiff Anthony Fratis's Complaint is extended to and including August 3, 2026; and

2. If Defendant files a motion to dismiss the Complaint, Plaintiff's deadline to file any opposition to that motion is extended by 21 days beyond the deadline otherwise applicable under the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS SO ORDERED.**

DATED: July 13, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE