**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY FRATIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP. dba BULBHEAD,<br><br>Defendant. | Case No. 2:26-cv-02103-AC<br><br>**[~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Allison Claire |

This Court has received and considered the Parties' Joint Stipulation to Extend the Hearing Date and Briefing Schedule regarding Defendant's Motion to Dismiss (the "Stipulation"), filed by Plaintiff Anthony Fratis ("Plaintiff") and Defendant Telebrands Corp. dba Bulbhead ("Defendant"). The Court finds good cause to set the following deadline as requested in the Stipulation:

- Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss shall be extended from October 16, 2026 to December 15, 2026.
- The hearing on Defendant's Motion to Dismiss shall be continued to January 6, 2027. If the Parties file a Stipulation for Voluntary Dismissal of the action before that date, the hearing shall be vacated.

**IT IS SO ORDERED.**

DATED: September 30, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE